# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION AT FRANKFORT

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DORIS & R L, LLC, d/b/a JIM'S SEAFOOD | ) ) ) |
| Defendant. | ) ) ) ) |

CIVIL ACTION NO.

COMPLAINT

JURY TRIAL DEMAND

## NATURE OF THE ACTION

The United States Equal Employment Opportunity Commission (the "Commission") brings this action against Doris & RL LLC, d/b/a Jim's Seafood ("Jim's Seafood"), pursuant to Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 in order to correct Jim's Seafood's unlawful employment practices on the basis of sex, specifically pregnancy, and to provide appropriate relief to Connie Buchanan (Buchanan) and Kresta Martini (Martini) who were adversely affected by such practices. As alleged in paragraph seven below, the Commission alleges that Jim's Seafood discriminated against Buchanan and Martini because of their sex, female, and their pregnancy.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Kentucky, Central Division.

## PARTIES

3.      Plaintiff, the Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.      Defendant, Jim's Seafood, is currently a corporation and at all relevant times has continuously been a corporation doing business in the Commonwealth of Kentucky and the City of Frankfort, and has continuously had at least 15 employees.

5.      At all relevant times, Jim's Seafood has been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6.      More than thirty days prior to the institution of this lawsuit, Buchanan and Martini filed a charge with the Commission alleging violations of Title VII by Jim's Seafood.  All conditions precedent to the institution of this lawsuit have been fulfilled.

7.      From at least August  20, 2008, Jim's Seafood engaged in unlawful employment practices within its facilities in Frankfort, Kentucky, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). On or about February 11, 2009, Jim's Seafood discharged Buchanan from her employment with Jim's Seafood due to her sex, female, and pregnancy.  On

or about December 5, 2008, Martini was constructively discharged due to her sex, female, and pregnancy.

8.      The effect of the practices complained of in paragraph seven above has been to deprive Buchanan and Martini of equal employment opportunities and to otherwise adversely affect their employee status because of their sex.

9.      The unlawful employment practices complained of in paragraph seven above were intentional and done with malice or reckless indifference to Buchanan's and Martini's federally protected rights.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Jim's Seafood, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination based on sex and pregnancy.

B.      Order Jim's Seafood to institute and carry out policies, practices, and programs which provide equal employment opportunities for females and which eradicate the effects of its past and present unlawful employment practices based on sex and pregnancy.

C.      Order Jim's Seafood to make Buchanan and Martini whole by providing appropriate back pay with prejudgment interest in amounts to be determined at trial and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Jim's Seafood to make Buchanan and Martini whole by providing them compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph seven above in amounts to be determined at trial.

      E.     Order Jim's Seafood to make Buchanan and Martini whole by providing them compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph seven above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, embarrassment and humiliation, in amounts to be determined at trial.

      F.     Order Jim's Seafood to pay Buchanan and Martini punitive damages for its malicious and reckless conduct described in paragraph seven above, in amounts to be determined at trial.

      G.     Grant such further relief as the Court deems necessary and proper in the public interest.

      H.     Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its Complaint.

s/ Laurie A. Young_____
LAURIE A. YOUNG
Regional Attorney

s/ Michelle Eisele_____
MICHELLE EISELE
Supervisory Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Indianapolis District Office
101 W. Ohio St., Suite 1900
Indianapolis, IN 46204-4203

s/ Kenneth W. Brown
KENNETH W. BROWN
Kentucky Bar #: 86402
Senior Trial Attorney
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Louisville Area Office
600 Martin Luther King, Jr. Place
Suite 268
Louisville, Kentucky 40202-2285
(502) 582.5440 (Direct Dial)
(502) 582.5895 (Facsimile)